# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| AZURE MANOR/RANCHO DE PAZ HOMEOWNERS ASSOCIATION,<br><br>            Plaintiff(s),<br><br>v.<br><br>D.R. HORTON, INC.,<br><br>            Defendant(s). | Case No. 2:14-cv-02222-JCM-NJK<br><br>ORDER |

Pending before the Court is an amended proposed discovery plan. Docket No. 68. A hearing is hereby **SET** on that discovery plan for 10:00 a.m. on February 14, 2018, in Courtroom 3D.

IT IS SO ORDERED.

DATED: February 8, 2018

                                                    _____
                                                    NANCY J. KOPPE
                                                    United States Magistrate Judge