# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| AZURE MANOR/RANCHO DE PAZ HOMEOWNERS ASSOCIATION,<br><br>   Plaintiff(s),<br><br>v.<br><br>D.R. HORTON, et al.,<br><br>   Defendant(s). | Case No.: 2:14-cv-02222-JCM-NJK<br><br>**ORDER** |

Defendant New Creation Masonry, Inc, has failed to update its address. In particular, the Court has received mail returned as undeliverable to Defendant. Docket Nos. 184, 185. "A party, not the district court, bears the burden of keeping the court apprised of any changes in his mailing address." *Carey v. King*, 856 F.2d 1439, 1441 (9th Cir. 1988); *see also In re Hammer*, 940 F.2d 524, 526 (9th Cir. 1991). To that end, the local rules require that litigants immediately file with the Court written notification of any change of address, and expressly warn that failure to do so may result in case-dispositive sanctions. *See* Local Rule IA 3-1.

Accordingly, Defendant New Creation Masonry, Inc, is hereby **ORDERED** to file a notice of changed address by May 30, 2019. **FAILURE TO COMPLY WITH THIS ORDER MAY RESULT IN SANCTIONS.**

IT IS SO ORDERED.

Dated: May 23, 2019

_____
Nancy J. Koppe
United States Magistrate Judge