1  Joel D. Odou
   Nevada Bar No. 7468
2  jodou@wshblaw.com
   Elisa L. Wyatt
3  Nevada Bar No. 13034
   ewyatt@wshblaw.com
4  Susana Santana
   Nevada Bar No. 13753
5  ssantana@wshblaw.com
   Betty J. Foley
6  Nevada Bar No. 14517
   bfoley@wshblaw.com
7  Wood, Smith, Henning & Berman LLP
   2881 Business Park Court, Suite 200
8  Las Vegas, NV 89128-9020
   Telephone: 702 251 4100
9  Facsimile: 702 251 5405
   Attorneys for Defendant/Third-Party Plaintiff,
10 D.R. Horton, Inc.

11              **UNITED STATES DISTRICT COURT**

12                  **DISTRICT OF NEVADA**

13 AZURE MANOR/RANCHO DE PAZ              Case No. 2:14-CV-02222-JCM-NJK
   HOMEOWNERS ASSOCIATION, a Nevada
14 residential, common-interest planned
   community,                            **STIPULATION AND ORDER TO**
15                                        **DISMISS THIRD-PARTY DEFENDANT**
                  Plaintiff,              **EFFICIENT ENTERPRISES, INC. D/B/A**
16                                        **EFFICIENT ELECTRIC, INC.**
          v.
17
   D.R. HORTON, INC., a Delaware
18 corporation, and DOES 1-100, inclusive,

19                Defendant.

20 D.R. HORTON, INC.,

21                Third-Party Plaintiff,

22        v.

23 ALLARD ENTERPRISES d/b/a IRON
   SPECIALISTS; AMERICAN ASPHALT &
24 GRADING COMPANY; ATRIUM DOOR
   AND WINDOW COMPANY; BEBOUT
25 CONCRETE, INC.; BEL-AIR PLASTERING,
   INC.; CENTRAL VALLEY INSULATION;
26 CREATIVE TOUCH INTERIORS, INC.;
   DISTINCTIVE MARBLE, INC.; EFFICIENT
27 ENTERPRISES, INC. d/b/a EFFICIENT
   ELECTRIC, INC.; GILMORE
28 CONSTRUCTION, LLC; HARRISON

WOOD, SMITH, HENNING & BERMAN LLP
Attorneys at Law
2881 BUSINESS PARK COURT, SUITE 200
LAS VEGAS, NEVADA 89128-9020
TELEPHONE 702 251 4100 ♦ FAX 702 251 5405

LEGAL:05708-0413/11346397.1                    Case No. 2:14-CV-02222-JCM-NJK
          STIPULATION AND ORDER TO DISMISS COMPLAINT

LANDSCAPE COMPANY, LLC; MAJESTIC
PLUMBING, INC.; NEVADA
LANDSCAPING, INC.; NEW CREATION
MASONRY, INC.; OPM, INC. d/b/a
CONSOLIDATED ROOFING; QUALITY
WOOD PRODUCTS LTD.; SILVER STATE
FIREPLACES, INC.; SOUTHERN NEVADA
PAVING, INC.; SUMMIT DRYWALL &
PAINT, LLC;  SUNRISE MECHANICAL,
INC.; SUNSTATE COMPANIES, INC. d/b/a
SUNSTATE LANDSCAPE; WESTERN
SHOWER DOOR; ZEPEDA BROS. PAINT
& DRYWALL, LLC; and DOES 1 through
150,

Third-Party Defendants.

## STIPULATION AND ORDER TO DISMISS THIRD-PARTY DEFENDANT EFFICIENT ENTERPRISES, INC. D/B/A EFFICIENT ELECTRIC, INC.

Defendant/Third-Party Plaintiff, D.R. HORTON, INC. ("D.R. Horton"), by and through its
counsel of record, the law firm of Wood, Smith, Henning & Berman LLP, and Third-Party Defendant,
EFFICIENT ENTERPRISES, INC. D/B/A EFFICIENT ELECTRIC ("Efficient Enterprises"), by and
through its counsel of record, the law firm of Parker Nelson & Associates, Chtd., hereby stipulate to
dismiss Efficient Enterprises only, without prejudice in this litigation, with each party to bear its own
attorney's fees and costs. The parties' stipulation is based on the following:

1.     Efficient Enterprises' parent company, Tellum Construction, filed Voluntary Chapter 7
Bankruptcy on March 1, 2013, that included Efficient Enterprises, which is still pending at the time of
this Stipulation and Order.

2.     The automatic bankruptcy stay was lifted in 2013 in order to allow D. R. Horton to
pursue the insurance proceeds for Efficient Enterprises, if any are available.

3.     The insurance carriers have represented to the parties that all available insurance for
Efficient Enterprises has exhausted.

4.     Efficient Enterprises is being dismissed from this matter, without prejudice, based on
Efficient Enterprises, its counsel's and its insurers' representations that all insurance policies have been
exhausted.

/ / /

WOOD, SMITH, HENNING & BERMAN LLP
Attorneys at Law
2881 BUSINESS PARK COURT , SUITE 200
LAS VEGAS, NEVADA 89128-9020
TELEPHONE 702 251 4100 ♦ FAX 702 251 5405

5. The parties further stipulate that should any additional insurance policies for Efficient Enterprises be discovered, Efficient Enterprises will be renamed as a Third-Party Defendant in this litigation.

6. The parties further stipulate that it has been determined that neither party is to be considered the prevailing party and the claims originally made against Efficient Enterprises were not frivolous.

7. This Stipulation is entered into in good faith, in the interest of judicial economy, and not for the purposes of delay.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

WOOD, SMITH, HENNING & BERMAN LLP
Attorneys at Law
2881 BUSINESS PARK COURT, SUITE 200
LAS VEGAS, NEVADA 89128-9020
TELEPHONE 702 251 4100 ♦ FAX 702 251 5405

1        8.    This Stipulation may be executed in one or more counterparts, each of which shall

2    constitute a duplicate original.  A facsimile or other non-original signature shall still create a binding

3    and enforceable agreement.

4        IT IS SO STIPULATED:

5    May 4, 2019.                                    May 21st, 2019.

6    WOOD, SMITH, HENNING & BERMAN LLP     PARKER NELSON & ASSOCIATES, CHTD.

7

8    By:                                            By:

9    JOEL D. ODOU                                   THEODORE PARKER III
     Nevada Bar No. 7468                            Nevada Bar No. 4716

10   ELISA L. WYATT                                 SHANA D. WEIR
     Nevada Bar No. 13034                           Nevada Bar No. 9468

11   SUSANA SANTANA                                 2460 Professional court, Suite 200
     Nevada Bar No. 13753                           Las Vegas, NV 89128

12   2881 Business Park Court, Suite 200            Attorneys for EFFICENT ENTERPRISES,
     Las Vegas, Nevada 89128-9020                   INC. d/b/a EFFICIENT ELECTRIC, INC.

13   Attorneys for D.R. HORTON, INC.

14

15

16   **IT IS SO ORDERED.**

17

18

19

20   _____
     UNITED STATES DISTRICT COURT JUDGE

21   DATED: June 12, 2019.

22

23

24

25

26

27

28

LEGAL:05708-0413/11346397.1        -4-        Case No. 2:14-CV-02222-JCM-NJK

STIPULATION AND ORDER TO DISMISS COMPLAINT

WOOD, SMITH, HENNING & BERMAN LLP
Attorneys at Law
2881 BUSINESS PARK COURT, SUITE 200
LAS VEGAS, NEVADA 89128-9020
TELEPHONE 702 251 4100 ♦ FAX 702 251 5405