CHARLIE H. LUH, ESQ.
Nevada State Bar No. 6726
CRAIG D. SLATER, ESQ.
Nevada State Bar No. 8667
LUH & ASSOCIATES
8987 W. Flamingo Road, Suite 100
Las Vegas, Nevada 89147
(702) 367-8899
(702) 384-8899 (FAX)
E-mail: cluh@luhlaw.com
E-mail: cslater@luhlaw.com
Attorneys for Third-Party Defendant
QUALITY WOOD PRODUCTS LTD.

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\* \* \* \* \*

| | |
|---|---|
| AZURE MANOR/RANCHO DE PAZ HOMEOWNERS ASSOCIATION, a Nevada residential, common-interest planned community,<br><br>Plaintiff,<br><br>vs.<br><br>D.R. HORTON, INC., a Delaware corporation, and DOES 1-100, inclusive,<br><br>Defendant. | CASE NO. 2:14-cv-02222-JCM-NJK<br><br>**STIPULATION AND ORDER TO DEEM THE SETTLEMENT AGREEMENT AND RELEASE EXECUTED BY THIRD-PARTY DEFENDANT QUALITY WOOD PRODUCTS LTD.** |
| D.R. HORTON, INC.,<br><br>Third-Party Plaintiff,<br><br>vs.<br><br>ALLARD ENTERPRISES d/b/a IRON SPECIALISTS; AMERICAN ASPHALT & GRADING COMPANY; ATRIUM DOOR AND WINDOW COMPANY; BEBOUT CONCRETE, INC.; BEL-AIR PLASTERING, INC.; CENTRAL VALLEY INSULATION; CREATIVE TOUCH INTERIORS, INC.; DISTINCTIVE MARBLE, INC.; EFFICIENT ENTERPRISES, INC. d/b/a EFFICIENT ELECTRIC, INC.; GILMORE | |

| | |
|---|---|
| 1 | CONSTRUCTION, LLC; HARRISON LANDSCAPE COMPANY, LLC; MAJESTIC PLUMBING, INC.; NEVADA LANDSCAPING INC.; NEW CREATION MASONRY, INC.; OPM, INC. d/b/a CONSOLIDATED ROOFING; QUALITY WOOD PRODUCTS LTD.; SILVER STATE FIREPLACES, INC.; SOUTHERN NEVADA PAVING, INC.; SUMMIT DRYWALL & PAINT, LLC; SUNRISE MECHANICAL, INC.; SUNSTATE COMPANIES, INC. d/b/a SUNSTATE LANDSCAPE; WESTERN SHOWER DOOR; ZEPEDA BROS. PAINT & DRYWALL, LLC; and DOES 1 through 150, |

Third-Party Defendants.

IT IS HEREBY STIPULATED by Defendants/Third-Party Plaintiffs D.R. HORTON, INC. and Third-Party Defendant QUALITY WOOD PRODUCTS, LTD., that the Settlement Agreement and Release negotiated by the parties and their counsel is deemed executed by QUALITY WOOD PRODUCTS, LTD.

This Stipulation is necessary because QUALITY WOOD PRODUCTS, LTD is no longer in business and is a dissolved corporation. As such, there are no representatives of the corporation willing or able to execute the Settlement Agreement and Release. This Stipulation is entered into in good faith, in the interest of judicial economy, and not for the purposes of delay.

DATED: June 27, 2019                                           DATED: June 27, 2019

**LUH & ASSOCIATES**                                         **WOOD SMITH HENNING &** BERMAN

/s/ Charlie H. Luh                                                      /s/ Elisa Wyatt
_____           _____
CHARLIE H. LUH, ESQ.                                       JOEL D. ODOU, ESQ.
Nevada State Bar No. 6726                                   Nevada State Bar No. 7468
CRAIG D. SLATER, ESQ.                                     ELISA WYATT, ESQ.
Nevada State Bar No. 8667                                   Nevada State Bar No. 13034
8987 W. Flamingo Road, Suite 100                      2881 Business Park Court, Suite 200
Las Vegas, Nevada 89147                                     Las Vegas, Nevada 89128
Attorneys for Third-Party Defendant                    Attorneys for Defendants
QUALITY WOOD PRODUCTS, LTD.                D.R. HORTON, INC.

DATED: June 27, 2019

**NEVADA WALKER**

/s/ Kirk N. Walker

---

CHARLIE H. LUH, ESQ.
Nevada State Bar No. 6726
DAVID R. GORDON, ESQ.
Nevada State Bar No. 11579
8987 W. Flamingo Road, Suite 100
Las Vegas, Nevada 89147
Attorneys for Third-Party Defendant
QUALITY WOOD PRODUCTS, LTD.

**IT IS SO ORDERED.**

*[signature]*
UNITED STATES DISTRICT JUDGE

DATED: July 1, 2019

-3-