CHARLIE H. LUH, ESQ.
Nevada State Bar No. 6726
CRAIG D. SLATER, ESQ.
Nevada State Bar No. 8667
LUH & ASSOCIATES
8987 W. Flamingo Road, Suite 100
Las Vegas, Nevada 89147
(702) 367-8899
(702) 384-8899 (FAX)
E-mail: cluh@luhlaw.com
E-mail: cslater@luhlaw.com
Attorneys for Third-Party Defendants
QUALITY WOOD PRODUCTS, LTD.

# DISTRICT COURT

# CLARK COUNTY, NEVADA

\* \* \* \* \*

| | |
|---|---|
| AZURE MANOR/RANCHO DE PAZ HOMEOWNERS ASSOCIATION, a Nevada residential, common-interest planned community,<br><br>Plaintiff,<br><br>vs.<br><br>D.R. HORTON, INC., a Delaware corporation, and DOES 1-100, inclusive,<br><br>Defendant. | **CASE NO. 2:14-cv-02222-JCM-NJK**<br><br>Stipulation and Order for Dismissal with Prejudice as to Third-Party Defendant Quality Wood Products, Ltd., Only |
| D.R. HORTON, INC.,<br><br>Third-Party Plaintiff,<br><br>vs.<br><br>ALLARD ENTERPRISES d/b/a IRON SPECIALISTS; AMERICAN ASPHALT & GRADING COMPANY; ATRIUM DOOR AND WINDOW COMPANY; BEBOUT CONCRETE, INC.; BEL-AIR PLASTERING, INC.; CENTRAL VALLEY INSULATION; CREATIVE TOUCH INTERIORS, INC.; DISTINCTIVE MARBLE, INC.; EFFICIENT ENTERPRISES, INC. d/b/a | |

| | |
|---|---|
| 1 | EFFICIENT ELECTRIC, INC.; GILMORE CONSTRUCTION, LLC; HARRISON LANDSCAPE COMPANY, LLC; MAJESTIC PLUMBING, INC.; NEVADA LANDSCAPING INC.; NEW CREATION MASONRY, INC.; OPM, INC. d/b/a CONSOLIDATED ROOFING; QUALITY WOOD PRODUCTS LTD.; SILVER STATE FIREPLACES, INC.; SOUTHERN NEVADA PAVING, INC.; SUMMIT DRYWALL & PAINT, LLC; SUNRISE MECHANICAL, INC.; SUNSTATE COMPANIES, INC. d/b/a SUNSTATE LANDSCAPE; WESTERN SHOWER DOOR; ZEPEDA BROS. PAINT & DRYWALL, LLC; and DOES 1 through 150, Third-Party Defendants. |

IT IS HEREBY STIPULATED by Defendants/Third-Party Plaintiffs D.R. HORTON, INC. and Third-Party Defendant QUALITY WOOD PRODUCTS, LTD., that Third-Party Defendant QUALITY WOOD PRODUCTS, LTD. is hereby dismissed from the above-captioned matter **with** prejudice.

///

///

///

This Stipulation is entered into in good faith, in the interest of judicial economy, and not for the purposes of delay. Each party to bear its own fees and costs.

| | |
|---|---|
| DATED: July 5, 2019 | DATED: July 5, 2019 |
| **LUH & ASSOCIATES** | **WOOD SMITH HENNING &** BERMAN |
| /s/ Craig D. Slater | /s/ Elisa Wyatt |
| CHARLIE H. LUH, ESQ.<br>Nevada State Bar No. 6726<br>DAVID R. GORDON, ESQ.<br>Nevada State Bar No. 11579<br>8987 W. Flamingo Road, Suite 100<br>Las Vegas, Nevada 89147<br>Attorneys for Third-Party Defendant<br>QUALITY WOOD PRODUCTS, LTD. | JOEL D. ODOU, ESQ.<br>Nevada State Bar No. 7468<br>ELISA WYATT, ESQ.<br>Nevada State Bar No. 13034<br>2881 Business Park Court, Suite 200<br>Las Vegas, Nevada 89128<br>Attorneys for Defendants<br>D.R. HORTON, INC. |

DATED: July 5, 2019

**NEVADA WALKER**

/s/ Kirk N. Walker

CHARLIE H. LUH, ESQ.
Nevada State Bar No. 6726
DAVID R. GORDON, ESQ.
Nevada State Bar No. 11579
8987 W. Flamingo Road, Suite 100
Las Vegas, Nevada 89147
Attorneys for Third-Party Defendant
QUALITY WOOD PRODUCTS, LTD.

**IT IS SO ORDERED.**

UNITED STATES DISTRICT JUDGE

DATED: July 15, 2019