Law Offices of ERIC R. LARSEN
Eric R. Larsen, Esq.
Nevada Bar No.: 9423
9275 W. Russell Rd.
Suite 205
Las Vegas, Nevada 89148
Telephone: (702) 387-8070
Facsimile: (877) 369-5819
Eric.Larsen@thehartford.com
Attorneys for Third-Party Defendant
DISTINCTIVE MARBLE

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| AZURE MANOR/RANCHO DE PAZ HOMEOWNERS ASSOCIATION, a Nevada residential common-interest planned community,<br><br>Plaintiffs,<br><br>—vs—<br><br>D.R. HORTON INC., a Deleware corporation, and DOES 1-100, inclusive,<br><br>Defendants. | Case No.: 2:14-CV-02222-JCM-NJK<br><br>**STIPULATION AND ORDER TO DEEM THE SETTLEMENT AGREEMENT AND RELEASE EXECUTED BY THIRD-PARTY DEFENDANT DISTINCTIVE MARBLE, INC.** |
| D.R. HORTON, INC.,<br><br>Third Party Plaintiff,<br><br>—vs—<br><br>ALLARD ENTERPRISES, D/B/A/ IRON SPECIALISTS; AMERICAN ASPHALT & GRADING COMPANY; ATRIUM DOOR AND WINDOW COMPANY; BEBOUT CONCRETE, INC.; BEL-AIR PLASTERING, INC.; CENTRAL VALLEY INSULATION; CREATIVE TOUCH INTERIORS, INC.; DISTINCTIVE MARBLE, INC.; EFFICIENT ENTERPRISES, INC. D/B/A/ EFFICIENT ELECTRIC, INC.; GILMORE CONSTRUCTION, LLC.; HARRISON LANDSCAPE COMPANY, LLC.; MAJESTIVE PLUMBING, INC.; NEVADA LANDSCAPING, INC.; NEW CREATION MASONRY, INC.; OPM, INC. D/B/A CONSOLIDATED ROOFING; QUALITY WOOD PRODUCTS LTD.; SILVER STATE FIREPLACES, INC.; SOUTHERN NEVADA PAVING, INC.; SUMMIT DRYWALL & PAINT, LLC; SUNRISE MECHANICAL, INC.; | |

Law Offices of
ERIC R. LARSEN
9275 W. Russell Rd..
Suite 205
Las Vegas, NV 89148
Telephone: (702) 387-8070
Facsimile: (877) 369-5819

-1-

| | |
|---|---|
| SUNSTATE COMPANIES, INC. D/B/A/ SUNSTATE LANDSCAPTE; WESTERN SHOWER DOOR; ZEPEDA BROs. PAINT & DRYWALL LLC.; and Does 1 through 150.<br><br>           Third Party Defendants. | |

IT IS HEREBY STIPULATED by and between Defendant/Third-Party Plaintiff D.R. HORTON, INC. and Third Party Defendant DISTINCTIVE MARBLE, INC, that the Settlement Agreement and Release negotiated by the parties and their counsel of record is deemed executed by DISTINCTIVE MARBLE, INC.

This Stipulation is necessary because DISTINCTIVE MARBLE, INC. is no longer in business and there is no representative of the corporation available to execute the Settlement Agreement and Release.

This Stipulation is entered into in good faith, in the interests of judicial economy, and not for the purposes of delay.

| | |
|---|---|
| DATED this 1st day of August, 2019 | DATED this 6th day of August, 2019 |
| THE LAW OFFICES OF ERIC R. LARSEN | WOOD SMITH HENNING & BERMAN |
| /s/ Eric R. Larsen | /s/: Elisa Wyatt (with permission) |
| _____ | _____ |
| ERIC R. LARSEN, Esq.<br>Nevada Bar No. 9423<br>9275 W. Russell Rd. Ste. 205<br>Las Vegas, NV 89148<br>Attorney for Third Party Defendant,<br>DISTINCTIVE MARBLE, INC. | JOEL ODOU, Esq.<br>Nevada Bar No. 7468<br>ELISA WYATT, Esq.<br>Nevada Bar No. 13034<br>2881 Business Park Court, Ste. 200<br>Las Vegas, NV 89128<br>Attorney for Third Party Plaintiff,<br>DR HORTON, INC. |

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT COURT JUDGE
DATED: August 13, 2019 _____

Law Offices of
ERIC R. LARSEN
9275 W. Russell Rd..
Suite 205
Las Vegas, NV 89148
Telephone: (702) 387-8070
Facsimile: (877) 369-5819