CHARLIE H. LUH, ESQ.
Nevada State Bar No. 6726
CRAIG D. SLATER, ESQ.
Nevada State Bar No. 8667
LUH & ASSOCIATES
8987 W. Flamingo Road, Suite 100
Las Vegas, Nevada 89147
T: (702) 367-8899 F: (702) 384-8899
Attorneys for Third-Party Defendant
HARRISON LANDSCAPE COMPANY, LLC

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

* * * * *

| | |
|---|---|
| AZURE MANOR/RANCHO DE PAZ HOMEOWNERS ASSOCIATION, a Nevada residential, common-interest planned community,<br><br>Plaintiff,<br>vs.<br><br>D.R. HORTON, INC., a Delaware corporation, and DOES 1-100, inclusive,<br><br>Defendant. | CASE NO. 2:14-cv-02222-JCM-NJK<br><br><br>Stipulation and Order for Dismissal with Prejudice as to Third-Party Defendant Harrison Landscape Company, LLC |

D.R. HORTON, INC.,

      Third-Party Plaintiff,
vs.

ALLARD ENTERPRISES d/b/a IRON SPECIALISTS; AMERICAN ASPHALT & GRADING COMPANY; ATRIUM DOOR AND WINDOW COMPANY; BEBOUT CONCRETE, INC.; BEL-AIR PLASTERING, INC.; CENTRAL VALLEY INSULATION; CREATIVE TOUCH INTERIORS, INC.; DISTINCTIVE MARBLE, INC.; EFFICIENT ENTERPRISES, INC. d/b/a EFFICIENT ELECTRIC, INC.; GILMORE CONSTRUCTION, LLC; HARRISON LANDSCAPE COMPANY, LLC; MAJESTIC PLUMBING, INC.; NEVADA LANDSCAPING INC.; NEW CREATION MASONRY, INC.; OPM, INC. d/b/a CONSOLIDATED ROOFING;

| | |
|---|---|
| QUALITY WOOD PRODUCTS LTD.; SILVER STATE FIREPLACES, INC.; SOUTHERN NEVADA PAVING, INC.; SUMMIT DRYWALL & PAINT, LLC; SUNRISE MECHANICAL, INC.; SUNSTATE COMPANIES, INC. d/b/a SUNSTATE LANDSCAPE; WESTERN SHOWER DOOR; ZEPEDA BROS. PAINT & DRYWALL, LLC; and DOES 1 through 150, | |

Third-Party Defendants.

IT IS HEREBY STIPULATED by Defendants/Third-Party Plaintiffs D.R. HORTON, INC. and Third-Party Defendant HARRISON LANDSCAPE COMPANY, LLC., that Third-Party Defendant HARRISON LANDSCAPE COMPANY, LLC is hereby dismissed from the above-captioned matter **with** prejudice. This Stipulation is entered into in good faith, in the interest of judicial economy, and not for the purposes of delay. Each party to bear its own fees and costs.

DATED: July 5, 2019                                DATED: July 5, 2019

**LUH & ASSOCIATES**                    **WOOD SMITH HENNING &** BERMAN

/s/ Charlie H. Luh, Esq.                       /s/ Elisa Wyatt

CHARLIE H. LUH, ESQ.                    JOEL D. ODOU, ESQ.
Nevada State Bar No. 6726                Nevada State Bar No. 7468
CRAIG D. SLATER, ESQ.                   ELISA WYATT, ESQ.
Nevada State Bar No. 11579              Nevada State Bar No. 13034
8987 W. Flamingo Road, Suite 100    2881 Business Park Court, Suite 200
Las Vegas, Nevada 89147                  Las Vegas, Nevada 89128
Attorneys for Third-Party Defendant   Attorneys for Defendants
HARRISON LANDSCAPE                    D.R. HORTON, INC.
COMPANY, LLC

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE

DATED: September 13, 2019