| | |
|---|---|
| 1 | Todd A. Jones, Esq. |
| | Nevada Bar No. 12983 |
| 2 | MOKRI VANIS & JONES, LLP |
| | 2251 Fair Oaks Blvd., Suite 100 |
| 3 | Sacramento, California 95825 |
| | Telephone: 916.306.0434 |
| 4 | Facsimile: 916.307.6353 |
| | tjones@mvjllp.com |
| 5 | |
| | Todd A. Jones, Esq. |
| 6 | Nevada Bar No. 12983 |
| | MOKRI VANIS & JONES, LLP |
| 7 | 8831 West Sahara Avenue |
| | Las Vegas, Nevada 89117 |
| 8 | Telephone: 702.880.0688 |
| | Facsimile: 702.471.0075 |
| 9 | tjones@mvjllp.com |

Attorneys for Third-Party Defendant
ISI DESIGN AND INSTALLATION SOLUTIONS,
INC. fka CREATIVE TOUCH INTERIORS, INC.
sued herein as CREATIVE TOUCH INTERIORS,
INC.

## UNITED STATTES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| AZURE MANOR/RANCHO DE PAZ HOMEOWNER ASSOCIATION, a Nevada residential, common-interest planned community,<br><br>Plaintiff,<br><br>v.<br><br>D.R. HORTON, INC., a Delaware corporation, and DOES 1-100, inclusive,<br><br>Defendant. | Case No. 2:14-CV-02222-JCM-NJK<br><br>**STIPULATION AND ORDER TO DISMISS ISI DESIGN AND INSTALLATION SOLUTIONS, INC. fka CREATIVE TOUCH INTERIORS, INC. sued herein as CREATIVE TOUCH INTERIORS, INC. WITH PREJUDICE** |
| D.R. HORTON, INC.,<br><br>Third-Party Plaintiff,<br><br>v.<br><br>ALLARD ENTERPRISES d/b/a IRON SPECIALISTS; AMERICAN ASPHALT & GRADING COMPANY; ATRIUM DOOR AND WINDOW COMPANY; BEBOUT CONCRETE, INC.; BEL-AIR | |

**STIPULATION AND ORDER TO DISMISS ISI DESIGN AND INSTALLATION SOLUTIONS, INC. fka CREATIVE TOUCH INTERIORS, INC. sued herein as CREATIVE TOUCH INTERIORS, INC. WITH PREJUDICE**

PLASTERING, INC.; CENTRAL VALLEY INSULATION; CREATIVE TOUCH INTERIORS, INC.; DISTINCTIVE MARBLE, INC.; EFFICIENT ENTERPRISES, INC. d/b/a EFFICIENT ELECTRIC, INC.; GILMORE CONSTRUCTION, LLC; HARRISON LANDSCAPE COMPANY, LLC; MAJESTIC PLUMBING, INC.; NEVADA LANDCAPING, INC.; NEW CREATION MASONRY, INC.; OPM, INC. d/b/a CONSOLIDATED ROOFING; QUALITY WOOD PRODUCTS LTD; SILVER STATE FIREPLACES, INC.' SOUTHERN NEVADA PAVING, INC.; SUMMIT DRYWALL & PAINT, LLC; SUNRISE MECHANICAL, INC.; SUNSTATE COMPANIES, INC. d/b/a SUNSTATE LANDSCAPE; WESTERN SHOWER DOOR; ZEPEDA BROS. PAINT & DRYWALL, LLC; and DOES 1 through 150,

          Third-Party Defendants.

## STIPULATION AND ORDER TO DISMISS ISI DESIGN AND INSTALLATION SOLUTIONS, INC. fka CREATIVE TOUCH INTERIORS, INC. sued herein as CREATIVE TOUCH INTERIORS, INC. WITH PREJUDICE

      Third-Party Defendant ISI DESIGN AND INSTALLATION SOLUTIONS, INC. fka CREATIVE TOUCH INTERIORS, INC. sued herein as CREATIVE TOUCH INTERIORS, INC. by and through its counsel of record, the law firm of Mokri Vanis & Jones, LLP., and Defendant/Third-Party-Plaintiff, D.R. HORTON, INC., by and through its attorneys of record, the law firm of Wood, Smith, Henning & Berman, LLP., hereby stipulate and agree that Defendant/Third-Party Plaintiff, D.R. HORTON, INC.'s Third-Party Complaint, and all claims for relief alleged therein, is dismissed with prejudice as to ISI DESIGN AND INSTALLATION SOLUTIONS, INC. fka CREATIVE TOUCH INTERIORS, INC. sued herein as CREATIVE TOUCH INTERIORS, INC. only, each party to bear their own attorney's fees and costs.

///

///

2

**STIPULATION AND ORDER TO DISMISS ISI DESIGN AND INSTALLATION SOLUTIONS, INC. fka CREATIVE TOUCH INTERIORS, INC. sued herein as CREATIVE TOUCH INTERIORS, INC. WITH PREJUDICE**

| | |
|---|---|
| DATED this 7th day of August, 2019.<br>MOKRI VANIS & JONES, LLP. | DATED this 21 day of June, 2019.<br>NEWMEYER & DILLION, LLP. |
| *[signature]*<br>Todd A. Jones, Esq.<br>Nevada Bar No. 12983<br>8831 West Sahara Avenue<br>Las Vegas, Nevada 89117<br>Telephone: 702.880.0688<br>Facsimile: 702.471.0075<br>Attorneys for Third-Party Defendant ISI DESIGN AND INSTALLATION SOLUTIONS, INC. fka CREATIVE TOUCH INTERIORS, INC. sued herein as CREATIVE TOUCH INTERIORS, INC. | *[signature]*<br>Joel D. Odou, Esq.<br>Nevada Bar No. 7468<br>Elisa L. Wyatt, Esq.<br>Nevada Bar No. 13034<br>Susana Santana, Esq.<br>Nevada Bar No. 13753<br>2881 Business Park Court, Suite 200<br>Las Vegas, NV 89128-9020<br>Telephone: 702.251.4100<br>Facsimile: 702.251.5405<br>Attorneys for Defendant/Third-Party Plaintiff D.R. HORTON, INC. |

3

**STIPULATION AND ORDER TO DISMISS ISI DESIGN AND INSTALLATION SOLUTIONS, INC. fka CREATIVE TOUCH INTERIORS, INC. sued herein as CREATIVE TOUCH INTERIORS, INC. WITH PREJUDICE**

## ORDER

**IT IS HEREBY ORDERED ADJUDGED AND DECREED** that Defendant/Third-Party Plaintiff, D.R. HORTON, INC.'s Third-Party Complaint, and all claims for relief alleged therein, is dismissed with prejudice as to Third-Party Defendant ISI DESIGN AND INSTALLATION SOLUTIONS, INC. fka CREATIVE TOUCH INTERIORS, INC. sued herein as CREATIVE TOUCH INTERIORS, INC. only, each party to bear their own attorney's fees and costs.

DATED September 30, 2019.

_____
U.S. DISTRICT COURT JUDGE

Respectfully submitted by:

MOKRI VANIS & JONES, LLP.

_____
Todd A. Jones, Esq.
Nevada Bar No. 12983
8831 West Sahara Avenue
Las Vegas, Nevada 89117
Telephone: 702.880.0688
Facsimile: 702.471.0075
Attorneys for Third-Party Defendant ISI DESIGN
AND INSTALLATION SOLUTIONS, INC.
fka CREATIVE TOUCH INTERIORS, INC.
sued herein as CREATIVE TOUCH INTERIORS, INC.

4

STIPULATION AND ORDER TO DISMISS ISI DESIGN AND INSTALLATION SOLUTIONS, INC. fka CREATIVE TOUCH INTERIORS, INC. sued herein as CREATIVE TOUCH INTERIORS, INC. WITH PREJUDICE