CHARLIE H. LUH, ESQ.
Nevada State Bar No. 6726
D. JASON FERRIS, ESQ.
Nevada State Bar No. 7698
LUH & ASSOCIATES
8987 W. Flamingo Road, Suite 100
Las Vegas, Nevada 89147
(702) 367-8899
(702) 384-8899 (FAX)

Attorneys for Third-Party Defendant
AMERICAN ASPHALT & GRADING COMPANY

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

* * * * *

| | |
|---|---|
| AZURE MANOR/RANCHO DE PAZ HOMEOWNERS ASSOCITIONS, a Nevada residential, common-interest planned community,<br><br>Plaintiff,<br>vs.<br><br>D.R. HORTON, INC., a Delaware corporation, and DOES 1-100, inclusive,<br><br>Defendant. | CASE NO. 2:14-CV-02222-JCM-NJK<br>DEPT NO.<br><br>**STIPULATION AND ORDER FOR DISMISSAL OF THIRD-PARTY DEFENDANT AMERICAN ASPHALT & GRADING COMPANY, WITH PREJUDICE** |
| D.R. HORTON, INC.<br><br>Third-Party Plaintiff,<br>vs.<br><br>ALLARD ENTERPRISES d/b/a IRON SPECIALISTS,; AMERICAN ASPHALT & GRADING COMPANY; ATRIUM DOOR AND WINDOW COMPANY; BEBOUT CONCRETE, INC.; BEL-AIR PLASTERING, INC.; CENTRAL VALLEY INSULATION; | |

-1-

| |
|---|
| CRATIVE TOUCH INTERIORS, INC.; DISTINCTIVE MARBLE, INC.; EFFICIENT ENTERPRISES, INC. d/b/a EFFICIENT ELECTRIC, INC.; GILMORE CONSTRUCTON, LLC; HARRISON LANDSCAPE COMPANY, LLC; MAJESTI CPLUMING, IN.C; NEVADA LANDSCAPING, INC.; NEW CRATION MASONRY, INC.; OPM, INC. d/b/a CONSOLIDATED ROOFING; QUALITY WOOD PRODUCTS, LTD.; SILVER STATE FIREPLACES, INC.; SOUTHERN NEVADA PAVING, INC.; SUMMIT DRYWALL & PAINT, LLC; SUNRISE MECHANICAL, INC.; SUNSTATE COMPANIES, INC. d/b/a SUNSTATE LANDSCAPE; WESTERN SHOWER DOOR; ZEPEDA BROS. PAIN & DRYWALL, LLC; and DOES 1 through 150, |
| Third-Party Defendants. |

## **STIPULATION AND ORDER FOR DISMISSAL OF THIRD-PARTY DEFENDANT AMERICAN ASPHALT & GRADING COMPANY, WITH PREJUDICE**

IT IS HEREBY STIPULATED by Defendants/Third-Party Plaintiffs D.R. HORTON, INC. and Third-Party Defendant AMERICAN ASPHALT & GRADING COMPANY, that Third-Party Defendant AMERICAN ASPHALT & GRADING COMPANY is hereby dismissed from the above-captioned matter **with prejudice**.

The parties further stipulate that neither party is to be considered the prevailing party and the claims originally made against American Asphalt were not frivolous. However, AMERICAN ASPHALT & GRADING COMPANY does not stipulate that any defects exist or are alleged to exist in their scope of work.

/ / /

/ / /

This Stipulation is entered into in good faith, in the interest of judicial economy, and not for the purposes of delay. Each party are to bear its own fees and costs.

DATED: ~~September~~ OCTOBER 2, 2019

**LUH & ASSOCIATES**

_____
CHARLIE H. LUH, ESQ.
Nevada State Bar No. 6726
D. JASON FERRIS, ESQ.
Nevada State Bar No. 7698
LUH & ASSOCIATES
8987 W. Flamingo Road, Suite 100
Las Vegas, Nevada 89147
(702) 367-8899
(702) 384-8899 (FAX)
Attorneys for Third-Party Defendant
AMERICAN ASPHALT & GRADING COMPANY

DATED: ~~September~~ October 2, 2019

**WOOD SMITH HENNING & BERMAN**

_____ NV Bar No. 14517 for
JOEL D. ODOU, ESQ.
Nevada State Bar No. 7468
ELISA WYATT, ESQ.
Nevada State Bar No. 13034
2881 Business Park Court, Suite 200
Las Vegas, Nevada 89128
Attorneys for Defendants
D.R. HORTON, INC.

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE

DATED: October 7, 2019

-3-