Law Offices of ERIC R. LARSEN
Eric R. Larsen, Esq.
Nevada Bar No.: 9423
9275 W. Russell Rd.
Suite 205
Las Vegas, Nevada 89148
Telephone: (702) 387-8070
Facsimile: (877) 369-5819
Eric.Larsen@thehartford.com
Attorneys for Third-Party Defendant
DISTINCTIVE MARBLE

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| AZURE MANOR/RANCHO DE PAZ HOMEOWNERS ASSOCIATION, a Nevada residential common-interest planned community,<br><br>Plaintiffs,<br><br>—vs—<br><br>D.R. HORTON INC., a Deleware corporation, and DOES 1-100, inclusive,<br><br>Defendants. | Case No.: 2:14-CV-02222-JCM-NJK<br><br>**STIPULATION AND ORDER FOR DISMISSAL OF THIRD-PARTY DEFENDANT DISTINCTIVE MARBLE, INC. WITH PREJUDICE** |
| D.R. HORTON, INC.,<br><br>Third Party Plaintiff,<br><br>—vs—<br><br>ALLARD ENTERPRISES, D/B/A/ IRON SPECIALISTS; AMERICAN ASPHALT & GRADING COMPANY; ATRIUM DOOR AND WINDOW COMPANY; BEBOUT CONCRETE, INC.; BEL-AIR PLASTERING, INC.; CENTRAL VALLEY INSULATION; CREATIVE TOUCH INTERIORS, INC.; DISTINCTIVE MARBLE, INC.; EFFICIENT ENTERPRISES, INC. D/B/A/ EFFICIENT ELECTRIC, INC.; GILMORE CONSTRUCTION, LLC.; HARRISON LANDSCAPE COMPANY, LLC.; MAJESTIVE PLUMBING, INC.; NEVADA LANDSCAPING, INC.; NEW CREATION MASONRY, INC.; OPM, INC. D/B/A CONSOLIDATED ROOFING; QUALITY WOOD PRODUCTS LTD.; SILVER STATE FIREPLACES, INC.; SOUTHERN NEVADA PAVING, INC.; SUMMIT DRYWALL & PAINT, LLC; SUNRISE MECHANICAL, INC.; | |

Law Offices of
ERIC R. LARSEN
9275 W. Russell Rd..
Suite 205
Las Vegas, NV 89148
Telephone: (702) 387-8070
Facsimile: (877) 369-5819

-1-

| | |
|---|---|
| 1 | SUNSTATE COMPANIES, INC. D/B/A/ SUNSTATE LANDSCAPTE; WESTERN SHOWER DOOR; ZEPEDA BROs. PAINT & DRYWALL LLC.; and Does 1 through 150. |
| 2 | |
| 3 | Third Party Defendants. |
| 4 | |

IT IS HEREBY STIPULATED by and between Defendant/Third Party Plaintiff D.R. HORTON, INC. and Third Party Defendant DISTINCTIVE MARBLE, INC, that Third Party Defendant DISTINCTIVE MARBLE, INC. is hereby dismissed from the above captioned matter with prejudice.

This Stipulation is entered into in good faith, in the interests of judicial economy, and not for the purposes of delay.

DATED this 4th day of November, 2019     DATED this 4th day of November, 2019

THE LAW OFFICES OF ERIC R. LARSEN      WOOD SMITH HENNING & BERMAN

*/s/ Eric R. Larsen*       */s/ Elisa Wyatt*

_____    _____
ERIC R. LARSEN, Esq.        JOEL ODOU, Esq.
Nevada Bar No. 9423         Nevada Bar No. 7468
9275 W. Russell Rd. Ste. 205      ELISA WYATT, Esq.
Las Vegas, NV 89148         Nevada Bar No. 13034
Attorney for Third Party Defendant,    2881 Business Park Court, Ste. 200
DISTINCTIVE MARBLE, INC.       Las Vegas, NV 89128
                Attorney for Third Party Plaintiff,
                DR HORTON, INC.

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT COURT JUDGE
       November 7, 2019
DATED: _____

Law Offices of
ERIC R. LARSEN
9275 W. Russell Rd..
Suite 205
Las Vegas, NV 89148
Telephone: (702) 387-8070
Facsimile: (877) 369-5819