1 | **GARY P. SINKELDAM, ESQ.**
Nevada Bar No. 6500
2 | **AMY R. LANCASTER, ESQ.**
Nevada Bar No. 9608
3 | **ANAIS M. CACCAMO, ESQ.**
Nevada Bar No. 13083
4 | **LAW OFFICES OF GARY P. SINKELDAM APC**
8540 S. Eastern Ave., Suite 180
5 | Las Vegas, NV 89123
Telephone:   (702) 866-0089
6 | Facsimile:   (702) 866-0093

7 | Attorneys for Third-Party Defendant MAJESTIC PLUMBING, INC.

8 | **UNITED STATES DISTRICT COURT**

9 | **DISTRICT OF NEVADA**

10 | AZURE MANOR/RANCHO DE PAZ )  CASE NO.: 2:14-CV-02222-JCM-NJK
HOMEOWNERS ASSOCIATION, a Nevada )
11 | residential, common interest planned )
community, )
12 | )
Plaintiffs, )  **STIPULATION AND ORDER FOR**
13 | )  **DISMISSAL WITH PREJUDICE**
vs. )
14 | )
D.R. HORTON, INC., a Delaware corporation; )
15 | and DOES 1-100, inclusive, )
)
16 | Defendant, )
)
17 | _____ )
)
18 | D.R. HORTON, INC., )
)
19 | Third-Party Plaintiff, )
)
20 | vs. )
)
21 | ALLARD ENTERPRISES d/b/a IRON )
SPECIALISTS; AMERICAN ASPHALT & )
22 | GRADING COMPANY; ATRIUM DOOR )
AND WINDOW COMPANY; BEBOUT )
23 | CONCRETE, INC.; BEL-AIR PLASTERING, )
INC.; CENTRAL VALLEY INSULATION; )
24 | CREATIVE TOUCH INTERIORS, INC.; )
DISTINCTIVE MARBLE, INC.; EFFICIENT )
25 | ENTERPRISES, INC. d/b/a EFFICIENT )
ELECTRIC, INC.; GILMORE )
26 | CONSTRUCTION, LLC; HARRISON )
LANDSCAPE COMPANY, LLC; MAJESTIC )
27 | PLUMBING, INC.; NEVADA )
LANDSCAPING, INCC.; NEW CREATION )
28 | MASONRY, INC.; OPM, INC. d/b/a )
CONSOLIDATED ROOFING; QUALITY )

WOOD PRODUCTS LTD.; SILVER STATE )
FIREPLACES, INC.; SOUTHERN NEVADA )
PAVING, INC.; SUMMIT DRYWALL & )
PAINT, LLC; SUNRISE MECHANICAL, INC.;)
SUNSTATE COMPANIES, INC. d/b/a )
SUNSTATE LANDSCAPE; WESTERN )
SHOWER DOOR; ZEPEDA BROS. PAINT & )
DRYWALL, LLC; and DOES 1 through 150, )
                                       )
                Third-Party Defendants. )
_____)

## STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE

**IT IS HEREBY STIPULATED** by the parties hereto that MAJESTIC PLUMBING, INC.

be dismissed from this action with prejudice, each party to bear its own costs and attorneys' fees.

**IT IS SO STIPULATED.**

DATED: ~~October~~ *November* 4, 2019

DATED: ~~October~~ *Nov* 7, 2019.

WOOD SMITH HENNING & BERMAN

By: _____
ELISA L. WYATT, ESQ.
Attorney for Plaintiff
AZURE MANOR/RANCHO DE PAZ
HOMEOWNERS ASSOCIATION

LAW OFFICES OF GARY P. SINKELDAM APC

By: _____
GARY P. SINKELDAM, ESQ.
AMY R. LANCASTER, ESQ.
ANAIS M. CACCAMO, ESQ.
Attorneys for Third-Party Defendant
MAJESTIC PLUMBING, INC.

## ORDER OF DISMISSAL

Upon Stipulation of the parties hereto in the above-entitled action, and good cause appearing

therefor,

**IT IS HEREBY ORDERED THAT** that MAJESTIC PLUMBING, INC. be dismissed from

this action with prejudice, each party to bear its own costs and attorneys' fees.

**DATED** November 15, 2019.

_____
U.S. DISTRICT COURT JUDGE

-2-

1   Respectfully submitted:

2   **LAW OFFICES OF GARY P. SINKELDAM APC**

3

4   _____

    Anais M. Caccamo, Esq.
5   Nevada Bar No. 13083
    Attorney for Third-Party Defendant
6   MAJESTIC PLUMBING, INC.

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28