Joel D. Odou
Nevada Bar No. 7468
jodou@wshblaw.com
Elisa L. Wyatt
Nevada Bar No. 13034
ewyatt@wshblaw.com
Susana Santana
Nevada Bar No. 13753
ssantana@wshblaw.com
Wood, Smith, Henning & Berman LLP
2881 Business Park Court, Suite 200
Las Vegas, NV 89128-9020
Telephone: 702 251 4100
Facsimile: 702 251 5405

Attorneys for Defendant/Third-Party Plaintiff,
D.R. Horton, Inc.

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| AZURE MANOR/RANCHO DE PAZ HOMEOWNERS ASSOCIATION, a Nevada residential, common-interest planned community,<br><br>Plaintiff,<br><br>v.<br><br>D.R. HORTON, INC., a Delaware corporation, and DOES 1-100, inclusive,<br><br>Defendant. | Case No. 2:14-CV-02222-JCM-NJK<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE OF D.R. HORTON, INC.** |
| D.R. HORTON, INC.,<br><br>Third-Party Plaintiff,<br><br>v.<br><br>ALLARD ENTERPRISES d/b/a IRON SPECIALISTS; AMERICAN ASPHALT & GRADING COMPANY; ATRIUM DOOR AND WINDOW COMPANY; BEBOUT CONCRETE, INC.; BEL-AIR PLASTERING, INC.; CENTRAL VALLEY INSULATION; CREATIVE TOUCH INTERIORS, INC.; DISTINCTIVE MARBLE, INC.; EFFICIENT ENTERPRISES, INC. d/b/a EFFICIENT ELECTRIC, INC.; GILMORE CONSTRUCTION, LLC; HARRISON LANDSCAPE COMPANY, LLC; MAJESTIC PLUMBING, INC.; NEVADA | |

1  LANDSCAPING, INC.; NEW CREATION MASONRY, INC.; OPM, INC. d/b/a
2  CONSOLIDATED ROOFING; QUALITY WOOD PRODUCTS LTD.; SILVER STATE
3  FIREPLACES, INC.; SOUTHERN NEVADA PAVING, INC.; SUMMIT DRYWALL &
4  PAINT, LLC; SUNRISE MECHANICAL, INC.; SUNSTATE COMPANIES, INC. d/b/a
5  SUNSTATE LANDSCAPE; WESTERN SHOWER DOOR; ZEPEDA BROS. PAINT
6  & DRYWALL, LLC; and DOES 1 through 150,
7
              Third-Party Defendants.
8

## STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE OF D.R. HORTON, INC.

      COMES NOW, Plaintiff, AZURE MANOR/RANCHO DE PAZ HOMEOWNERS ASSOCIATION ("Plaintiff"), by and through its counsel of record, the law firm of Angius & Terry LLP, and Defendant, D.R. HORTON, INC. (hereinafter "D.R. Horton"), by and through its counsel of record, the law firm of Wood, Smith, Henning & Berman LLP, and hereby stipulate and agree to the following:

      1.    Plaintiff and D.R. Horton hereby agree to dismiss any and all claims, known and unknown, that were brought or could have been brought in this action against D.R. Horton, and/or their agents, employees and affiliates, and/or any subcontractors (including but not limited to D.R. Horton, Inc., WITH PREJUDICE, each party to bear its own attorney's fees and costs.

      2.    This Stipulation is entered into in good faith, in the interest of judicial economy, and not for the purposes of delay.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

WOOD, SMITH, HENNING & BERMAN LLP
Attorneys at Law
2881 BUSINESS PARK COURT, SUITE 200
LAS VEGAS, NEVADA 89128-9020
TELEPHONE 702 251 4100 ♦ FAX 702 251 5405

3. This Stipulation may be executed in one or more counterparts, each of which shall constitute a duplicate original. A facsimile or other non-original signature shall still create a binding and enforceable agreement.

December 11, 2019

ANGIUS & TERRY, LLP

_____
BRADLEY EPSTEIN
Nevada Bar No. 5296
SCOTT P. KELSEY
Nevada Bar No. 7770
DAVID M. BRAY
Nevada Bar No. 12706
9127 W. Russell Road, Suite 220
Las Vegas, Nevada 89148
Fax: (702) 990-2018

*Attorneys for PLAINTIFF*

December 30, 2019

WOOD, SMITH, HENNING & BERMAN LLP

_____
JOEL D. ODOU
Nevada Bar No. 7468
ELISA L. WYATT
Nevada Bar No. 13034
SUSANA SANTANA
Nevada Bar No. 13753
2881 Business Park Court, Suite 200
Las Vegas, Nevada 89128-9020
Tel. 702 251 4100

*Attorneys for D.R. HORTON, INC.*

2:14-CV-02222-JCM-NJK
*Azure Manor/Rancho De Paz HOA v. D.R. Horton, Inc.*

### ORDER

Pursuant to the foregoing stipulation, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that D.R. HORTON, INC. is hereby DISMISSED WITH PREJUDICE; each party to bear its own fees and costs.

IT IS SO ORDERED.

DATED January 6, 2020.

_____
UNITED STATES DISTRICT JUDGE

Respectfully submitted,

WOOD, SMITH, HENNING & BERMAN LLP
Attorneys at Law

By _____
JOEL D. ODOU
Nevada Bar No. 7468
ELISA L. WYATT
Nevada Bar No. 13034
SUSANA SANTANA
Nevada Bar No. 13753
2881 Business Park Court, Suite 200
Las Vegas, Nevada 89128-9020

Attorneys for D.R. HORTON, INC.