ANNALISA N. GRANT, ESQ.
Nevada Bar No. 11807
JESSICA A. WEST, ESQ.
Nevada Bar No. 09929
GRANT & ASSOCIATES
7455 Arroyo Crossing Parkway, Suite 300
Las Vegas, Nevada 89113
Phone: (702) 940-3529
Fax: (855) 429-3413
Jessica.West@aig.com

Attorney for Third-Party Defendant
SUNRISE MECHANICAL, INC.

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| AZURE MANOR/RANCHO DE PAZ HOMEOWNERS ASSOCIATION, a Nevada residential, common-interest planned community,<br><br>Plaintiffs,<br><br>vs.<br><br>D.R. HORTON, INC., a Delaware corporation, and DOES 1-100, inclusive, | CASE NO.: 2:14-cv-02222-JCM-NJK<br><br><br>STIPULATION AND ORDER FOR DISMISSAL OF THIRD-PARTY DEFENDANT SUNRISE MECHANICAL, INC., WITH PREJUDICE |

D.R. HORTON, INC.

                Third-Party Plaintiff,

v.

ALLARD ENTERPRISES d/b/a IRON SPECIALISTS; AMERICAN ASPHALT & GRADING COMPANY; ATRIUM DOOR AND WINDOW COMPANY; BEBOUT CONCRETE, INC.; BEL-AIR PLASTERING, INC.; CENTRAL VALLEY INSULATION; CREATIVE TOUCH INTERIORS, INC.; DISTINCTIVE MARBLE, INC.; EFFICIENT ELECTRIC, INC.; GILMORE CONSTRUCTION, LLC; HARRISON LANDSCAPE COMPANY, LLC; MAJESTIC PLUMBING, INC.; NEVADA LANDSCAPING, INC.; NEW CREATION MASONRY, INC.; OPM, INC. d/b/a CONSOLIDATED ROOFING; QUALITY WOOD PRODUCTS LTD.; SILVER STATE

GRANT & ASSOCIATES
7455 Arroyo Crossing Parkway, Suite 300
Las Vegas, Nevada 89113
Telephone No. (702) 940-3529
Facsimile No. (855) 429-3413

1

1  FIREPLACES, INC.; SOUTHERN NEVADA
   PAVING, INC.; SUMMIT DRYWALL &
2  PAINT, LLC; SUNRISE MECHANICAL,
   INC.; SUNSTATE COMPANIES, INC. d/b/a
3  SUNSTATE    LANDSCAPE;    WESTERN
   SHOWER DOOR; ZEPEDA BROS. PAINT
4  & DRYWALL, LLC; and DOES 1 through
   150,
5
                    Third-Party Defendants.
6
## STIPULATION AND ORDER FOR DISMISSAL OF THIRD-PARTY DEFENDANT
7  ## SUNRISE MECHANICAL, INC., WITH PREJUDICE

8       IT IS HEREBY STIPULATED, by and between Third-Party Defendant SUNRISE

9  MECHANICAL, INC., by and through its attorneys of record, the law firm of Grant &

10 Associates, and Defendants/Third-Party Plaintiffs D.R. HORTON, INC., by and through its

11 attorneys of record, Wood Smith Henning & Berman LLP, that Defendants/Third-Party

12 Plaintiffs' *Third-Party Complaint* in Case No. 2:14-cv-02222-JCM-NJK, and all causes of

13 action contained therein, is hereby dismissed, with prejudice, as to Third-Party Defendant

14 SUNRISE MECHANICAL, INC., only.

15 ///

16 ///

17 ///

18 ///

19 ///

20 ///

21 ///

22 ///

23 ///

24 ///

25 ///

26 ///

27 ///

28

2

1    Each party shall bear its own attorneys' fees and costs.

2    IT IS SO STIPULATED.

3

4    DATED this __2__ day of January 2020      DATED this __3rd__ day of January, 2020

5    WOOD SMITH HENNING & BERMAN,      GRANT & ASSOCIATES

      LLP

6

7    _Betty Au_ NV Bar No. 14517 for

8    ELISA L. WYATT, ESQ.                   JESSICA A. WEST, ESQ.

      Nevada Bar No. 13034               Nevada Bar No. 09929

9    2881 Business Park Court, Suite 200      7455 Arroyo Crossing Parkway, Suite 300

      Las Vegas, Nevada 89128            Las Vegas, Nevada 89113

10   Attorneys for Defendants/             Attorney for Third-Party Defendant

      Third-Party Plaintiffs             SUNRISE MECHANICAL, INC.

11   D.R. HORTON, INC.

12

13                            **ORDER**

14    IT IS SO ORDERED.

15    Dated January 9, 2020.

16

17                           _James C. Mahan_

                                 UNITED STATES DISTRICT COURT JUDGE

18

19

20

21

22

23

24

25

26

27

28

GRANT & ASSOCIATES

7455 Arroyo Crossing Parkway, Suite 300
Las Vegas, Nevada 89113
Telephone No. (702) 940-3529
Facsimile No. (855) 429-3413