ANNALISA N. GRANT, ESQ.
Nevada Bar No. 11807
JESSICA A. WEST, ESQ.
Nevada Bar No. 09929
GRANT & ASSOCIATES
7455 Arroyo Crossing Parkway, Suite 300
Las Vegas, Nevada 89113
Phone: (702) 940-3529
Fax: (855) 429-3413
Jessica.West@aig.com

Attorney for Third-Party Defendant
BEBOUT CONCRETE, INC.

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

AZURE MANOR/RANCHO DE PAZ HOMEOWNERS ASSOCIATION, a Nevada residential, common-interest planned community.

    Plaintiffs,

vs.

D.R. HORTON, INC., a Delaware corporation, and DOES 1-100, inclusive,

---

D.R. HORTON, INC.

    Third-Party Plaintiff,

v.

ALLARD ENTERPRISES d/b/a IRON SPECIALISTS; AMERICAN ASPHALT & GRADING COMPANY; ATRIUM DOOR AND WINDOW COMPANY; BEBOUT CONCRETE, INC.; BEL-AIR PLASTERING, INC.; CENTRAL VALLEY INSULATION; CREATIVE TOUCH INTERIORS, INC.; DISTINCTIVE MARBLE, INC.; EFFICIENT ELECTRIC, INC.; GILMORE CONSTRUCTION, LLC; HARRISON LANDSCAPE COMPANY, LLC; MAJESTIC PLUMBING, INC.; NEVADA LANDSCAPING, INC.; NEW CREATION MASONRY, INC.; OPM, INC. d/b/a CONSOLIDATED ROOFING; QUALITY WOOD PRODUCTS LTD.; SILVER STATE FIREPLACES, INC.; SOUTHERN NEVADA PAVING, INC.;

CASE NO.: 2:14-cv-02222-JCM-NJK

STIPULATION AND ORDER TO DEEM SETTLEMENT AGREEMENT AND RELEASE FULLY EXECUTED AND FOR DISMISSAL OF THIRD-PARTY DEFENDANT BEBOUT CONCRETE, INC., WITH PREJUDICE

GRANT & ASSOCIATES
7455 Arroyo Crossing Parkway, Suite 300
Las Vegas, Nevada 89113
Telephone No. (702) 940-3529
Facsimile No. (855) 429-3413

1

1   SUMMIT DRYWALL & PAINT, LLC;
    SUNRISE MECHANICAL, INC.;
2   SUNSTATE COMPANIES, INC. d/b/a
    SUNSTATE LANDSCAPE; WESTERN
3   SHOWER DOOR; ZEPEDA BROS. PAINT
    & DRYWALL, LLC; and DOES 1 through
4   150,

5              Third-Party Defendants.

6

7   STIPULATION AND ORDER TO DEEM SETTLEMENT AGREEMENT AND
    RELEASE FULLY EXECUTED AND FOR DISMISSAL OF THIRD-PARTY
8   DEFENDANT BEBOUT CONCRETE, INC., WITH PREJUDICE

9        IT IS HEREBY STIPULATED, by and between Third-Party Defendant BEBOUT

10  CONCRETE, INC., by and through its attorneys of record, the law firm of Grant & Associates,

11  and Defendants/Third-Party Plaintiffs D.R. HORTON, INC., by and through its attorneys of

12  record, Wood Smith Henning & Berman LLP, that (1) Bebout Concrete, Inc. is a permanently

13  revoked corporation, inactive since 2014, and therefore does not have a representative to sign

14  the Settlement Agreement and Release; (2) Bebout Concrete, Inc. and D.R. Horton, Inc.

15  stipulate that the Settlement Agreement and Release, attached as "Exhibit A" should be deemed

16  fully executed by this Court; and (3) Defendants/Third-Party Plaintiffs' *Third-Party Complaint*

17  in Case No. 2:14-cv-02222-JCM-NJK, and all causes of action contained therein, is hereby

18  dismissed, with prejudice, as to Third-Party Defendant BEBOUT CONCRETE, INC., only.

19  / / /

20  / / /

21  / / /

22  / / /

23  / / /

24  / / /

25  / / /

26  / / /

27  / / /

28  / / /

GRANT & ASSOCIATES
7455 Arroyo Crossing Parkway, Suite 300
Las Vegas, Nevada 89113
Telephone No. (702) 940-3529
Facsimile No. (855) 429-3413

2

1   Each party shall bear its own attorneys' fees and costs.

2   IT IS SO STIPULATED.

3   DATED this __2__ day of _January 2020_    DATED this __3rd__ day of _January_, 20__20__

4   WOOD SMITH HENNING & BERMAN,           GRANT & ASSOCIATES
    LLP

5

6   _Betty__ NV Bar No. 14517 for_
    ELISA L. WYATT, ESQ.                    JESSICA A. WEST, ESQ.

7   Nevada Bar No. 13034                    Nevada Bar No. 09929
    2881 Business Park Court, Suite 200     7455 Arroyo Crossing Parkway, Suite 300

8   Las Vegas, Nevada 89128                 Las Vegas, Nevada 89113
                                            Attorney for Third-Party Defendant

9   Attorneys for Defendants/               BEBOUT CONCRETE, INC.
    Third-Party Plaintiffs

10  D.R. HORTON. INC.

11

12                          **ORDER**

13      IT IS SO ORDERED.

14      Dated January 9, 2020.

15

16                          _Jerry C. Mahan_
                            UNITED STATES DISTRICT COURT JUDGE

17

18

19

20

21

22

23

24

25

26

27

28

3