| | |
|---|---|
| 1 | **SHANNON G. SPLAINE, ESQ.** |
| | Nevada Bar No. 8241 |
| 2 | **PAUL D. BALLOU, ESQ.** |
| | Nevada Bar No. 6894 |
| 3 | **LINCOLN, GUSTAFSON & CERCOS, LLP** |
| | *ATTORNEYS AT LAW* |
| 4 | 3960 Howard Hughes Parkway, Suite 200 |
| | Las Vegas, Nevada 89169 |
| 5 | Telephone: (702) 257-1997 |
| | Facsimile: (702) 257-2203 |
| 6 | ssplaine@lgclawoffice.com |
| | pballou@lgclawoffice.com |
| 7 | |
| | Attorneys for Third-Party Defendant, |
| 8 | OPM, INC. dba CONSOLIDATED ROOFING |

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| AZURE MANOR/RANCHO DE PAZ HOMEOWNERS ASSOCIATION, a Nevada residential, common-interest planned community, | CASE NO: 2:14-CV-02222-JCM-NJK |
| Plaintiff, | **STIPULATION AND ORDER DEEMING THE SETTLEMENT AGREEMENT AND RELEASE FULLY EXECUTED AS TO THIRD-PARTY DEFENDANT, OPM, INC. dba CONSOLIDATED ROOFING, AND FOR DISMISSAL OF THIRD-PARTY DEFENDANT, OPM, INC. dba CONSOLIDATED ROOFING, WITH PREJUDICE** |
| v. | |
| D.R. HORTON, INC., a Delaware corporation, and DOES 1-100, inclusive, | |
| Defendant. | |
| D.R. HORTON, INC., | |
| Third-Party Plaintiff, | |
| v. | |
| ALLARD ENTERPRISES d/b/a IRON SPECIALISTS; AMERICAN ASPHALT & GRADING COMPANY; ATRIUM DOOR AND WINDOW COMPANY; BEBOUT CONCRETE, INC.; BEL-AIR PLASTERING, INC.; CENTRAL VALLEY INSULATION; CREATIVE TOUCH INTERIORS, INC.; DISTINCTIVE MARBLE, INC.; EFFICIENT ENTERPRISES, INC. d/b/a EFFICIENT ELECTRIC, INC.; GILMORE CONSTRUCTION, LLC; HARRISON LANDSCAPE COMPANY, LLC; MAJESTIC | |

-1-

| | |
|---|---|
| 1 | PLUMBING, INC.; NEVADA LANDSCAPING, INC.; NEW CREATION MASONRY, INC.; OPM, INC. d/b/a CONSOLIDATED ROOFING; QUALITY WOOD PRODUCTS, LTD.; SILVER STATE FIREPLACES, INC.; SOUTHERN NEVADA PAVING, INC.; SUMMIT DRYWALL & PAINT, LLC; SUNRISE MECHANICAL, INC.; SUNSTATE COMPANIES, INC. d/b/a SUNSTATE LANDSCAPE; WESTERN SHOWER DOOR; ZEPEDA BROS. PAINT & DRYWALL, INC.; and DOES 1 through 150, |

Third-Party Defendants.

IT IS HEREBY STIPULATED AND AGREED to as a Joint Motion pursuant to Local Rule 7-1(c) between Defendant/Third-Party Plaintiff, D.R. HORTON, INC., by and through their counsel of record, the law firm of Wood, Smith, Henning & Berman LLP, and Third-Party Defendant, OPM, INC. dba CONSOLIDATED ROOFING, by and through its counsel of record, the law firm of LINCOLN, GUSTAFSON & CERCOS, LLP, as follows:

1. The Settlement Agreement and Release between Defendant/Third-Party Plaintiff, D.R. HORTON, INC., and Third-Party Defendant, OPM, INC. dba CONSOLIDATED ROOFING, is deemed fully executed as to OPM, INC. dba CONSOLIDATED ROOFING as OPM, INC. dba CONSOLIDATED ROOFING has ceased operations and has no one to execute the Release; and

2. The Third-Party Complaint, including and any amendments, cross-claims, or counter-claims, between the above-referenced parties are hereby dismissed, with prejudice, with each party to bear its own fees and costs.

DATED this 23rd day of June, 2020.                    DATED this 23rd day of June, 2020.

**LINCOLN, GUSTAFSON & CERCOS, LLP**          **WOOD, SMITH, HENNING & BERMAN LLP**

*/s/ Paul D. Ballou*                                              */s/ Elisa L. Wyatt*

**SHANNON G. SPLAINE, ESQ.**                         **JOEL D. ODOU, ESQ.**
Nevada Bar No. 8241                                          Nevada Bar No. 7468
**PAUL D. BALLOU, ESQ.**                                  **ELISA L. WYATT, ESQ.**
Nevada Bar No. 6894                                          Nevada Bar No. 13034
3960 Howard Hughes Parkway, Suite 200            2881 Business Park Court, Suite 200
Las Vegas, Nevada 89169                                    Las Vegas, Nevada 89128
Attorneys for Third-Party Defendant,                    Attorneys for Defendant/Third-Party Plaintiff,
OPM, INC. dba CONSOLIDATED ROOFING       D.R. HORTON, INC.

**ORDER**

Based on the Stipulation and Joint Motion pursuant to Local Rule 7-1(c) of Defendant/Third-Party Plaintiff, D.R. HORTON, INC., and Third-Party Defendant, OPM, INC. dba CONSOLIDATED ROOFING, and good cause appearing, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED as follows:

1. The Settlement Agreement and Release between Defendant/Third-Party Plaintiff, D.R. HORTON, INC., and Third-Party Defendant, OPM, INC. dba CONSOLIDATED ROOFING, is deemed fully executed as to OPM, INC. dba CONSOLIDATED ROOFING as OPM, INC. dba CONSOLIDATED ROOFING has ceased operations and has no one to execute the Release; and

2. The Third-Party Complaint, including and any amendments, cross-claims, or counter-claims, between the above-referenced parties are hereby dismissed, with prejudice, with each party to bear its own fees and costs.

DATED June 24, 2020.

_____
UNITED STATES DISTRICT JUDGE

Submitted by:

**LINCOLN, GUSTAFSON & CERCOS, LLP**

*/s/ Paul D. Ballou*
_____
**SHANNON G. SPLAINE, ESQ.**
Nevada Bar No. 8241
**PAUL D. BALLOU, ESQ.**
Nevada Bar No. 6894
3960 Howard Hughes Parkway, Suite 200
Las Vegas, Nevada 89169
Attorneys for Third-Party Defendant,
OPM, INC. dba CONSOLIDATED ROOFING

v:\a-e\azure manor_drh_opm\atty notes\drafts\pldgs\20200618_sodw_rvsd_sdi.docx